**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>      Plaintiff,<br><br>    vs.<br><br>FUNAI ELECTRIC CO., LTD.;<br>FUNAI CORPORTION, INC.; AND<br>P&F USA, INC.<br><br>      Defendants | Civil Action No. 2:16-cv-105-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND
<u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>**

    Funai Electric Co., Ltd., Funai Corporation, Inc. and P&F USA, Inc., defendants herein, without waiving any defenses described or referred to in Rule 12 F.R.C.P., move the Court to extend the time within which defendants are required to move, answer or otherwise respond to plaintiff's Complaint. In support of their Motion, defendants state as follows:

    1.    On February 1, 2016, plaintiff filed its Complaint alleging patent infringement against Funai Electric Co., Ltd.

    2.    On April 11, 2016, plaintiff filed its First Amended Complaint alleging patent infringement against Funai Corporation, Inc., and P&F USA Inc., in addition to Funai Electric Co., Ltd.

    3.    On April 14, 2016, Defendants Funai Corporation, Inc., and P&F USA, Inc. were served with Plaintiff's Complaint.

4.      Counsel for defendants has agreed pursuant to Rule 4(d)(3) F.R.C.P. to waive service under the Hague Convention for Funai Electric Co., Ltd., a foreign entity, in exchange for an extension of time for all defendants to answer or otherwise plead by July 25, 2016.

5.      Defendants' agreement with plaintiff is strictly limited to this civil action and should not be construed as a waiver of any other rights or defenses, including, for instance, defendants' right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

WHEREFORE, defendants Funai Electric Co., Ltd., Funai Corporation, Inc. and P&F USA, Inc. respectfully request that the time in which they are required to move, answer or otherwise respond to plaintiff's Complaint for Patent Infringement be extended to and include July 25, 2016.

Dated: April 26, 2016                                  Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

*Attorney for Defendants*
*Funai Electric Co., Ltd., Funai*
*Corporation, Inc. and P&F USA, Inc.*

Case 2:16-cv-00105-JRG-RSP   Document 16   Filed 04/26/16   Page 3 of 3 PageID #: 2485

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of April, 2016.

          */s/ Melissa R. Smith*
          Melissa R. Smith