IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>FUNAI ELECTRIC CO., LTD.;<br>FUNAI CORPORATION, INC.; AND<br>P&F USA, INC.<br><br>    Defendants | Civil Action No. 2:16-cv-105-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND <u>WAIVER OF FOREIGN SERVICE REQUIREMENT</u>

On this day came for consideration defendants Funai Electric Co., Ltd., Funai Corporation, Inc. and P&F USA, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement. After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for defendants Funai Electric Co., Ltd., Funai Corporation, Inc. and P&F USA, Inc. to answer or otherwise respond to plaintiff's Complaint is hereby extended up to and including July 25, 2016.

IT IS FURTHER ORDERED that service of process for Funai Electric Co., Ltd. has been waived.

**SIGNED this 28th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE