IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; AND P&F USA, INC.**<br><br>**Defendants.** | Civil Action No. 2:16-v-105-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DKT. 22)

Plaintiff Personalized Media Communications, LLC ("PMC" or "Plaintiff") files this Unopposed Motion for Extension of Time to File its Response to Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. 22) and would show the Court as follows:

On July 25, 2016, Defendants Funai Electric Co., Ltd., Funai Corporation, Inc. and P&F USA, Inc. (collectively referred to herein as "Funai" or "the Funai Defendants") filed their Motion to Dismiss. The current deadline for PMC to file its Response is August 11, 2016. PMC has requested, and Funai has agreed to, a fourteen (14) day extension of this deadline up to and including August 25, 2016.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court enter an Order granting the relief requested herein by setting the deadline for the Response to the Motion to Dismiss up to and including August 25, 2016.

Dated: August 1, 2016

Respectfully submitted,

*/s/ S. Calvin Capshaw*
Arun S. Subramanian
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 336-8330
asubramanian@susmangodfrey.com

Joseph S. Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com

Amanda Bonn
Meng Xi
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com
mxi@susmangodfrey.com

Dmitry Kheyfits
KHEYFITS P.C.
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kheyfits.com

S. Calvin Capshaw
State Bar No. 03783900
CAPSHAW DERIEUX LLP
114 East Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 845-5770

ccapshaw@capshawlaw.com

*Attorneys for Plaintiff*
*Personalized Media Communications, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff conferred with counsel for Funai and this motion is unopposed.

*/s/ S. Calvin Capshaw*
S. Calvin Capshaw

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 1st day of August, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ S. Calvin Capshaw*
S. Calvin Capshaw