# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; AND P&F USA, INC.**<br><br>**Defendants.** | Civil Action No. 2:16-v-105-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DKT. 22)

On this date came for consideration Plaintiff's Unopposed Motion for Extension of Time to File its Response to Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. 22). Good cause having been shown, the Court hereby ORDERS that the deadline for the Response to the Motion to Dismiss is extended up to and including August 25, 2016.

**SIGNED this 3rd day of August, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE