# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>FUNAI ELECTRIC CO., LTD.;<br>FUNAI CORPORTION, INC.; AND<br>P&F USA, INC.<br><br>    Defendants | Civil Action No. 2:16-cv-105-JRG-RSP |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Before the Court is Defendants' Unopposed Motion for Extension to File Reply in Support of Their Motion to Dismiss. Having considered Defendants' submission, the Court hereby GRANTS the motion.

It is hereby ORDERED that the Defendants have up to and including September 13, 2016 in which to file their reply to Plaintiff's response to their Motion to Dismiss [Dkt. 22].

**SIGNED this 1st day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE