**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PERSONALIZED MEDIA COMMUNICATIONS, LLC,**<br><br>                              **Plaintiff,**<br><br>**v.**<br><br>**FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; AND P&F USA, INC.**<br><br>                              **Defendants.** | **Civil Action No.  2:16-v-105-JRG-RSP** |

## DOCKET CONTROL ORDER

In accordance with the scheduling conference held in this case, it is hereby ORDERED

that the following schedule of deadlines is in effect until further order of this Court:

| Original Date | New Date | Event |
|---|---|---|
| October 2, 2017 | | *Jury Selection - 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| September 4, 2017 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| August 30, 2017 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |

| Original Date | New Date | Event |
|---|---|---|
| August 28, 2017 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |
| August 21, 2017 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| August 14, 2017 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| August 14, 2017 | | Serve Objections to Rebuttal Pretrial Disclosures |
| July 31, 2017 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| July 24, 2017 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| June 26, 2017 | | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| June 26, 2017 | | Deadline to Complete Expert Discovery |

| Original Date | New Date | Event |
|---|---|---|
| June 5, 2017 | | Serve Disclosures for Rebuttal Expert Witnesses |
| May 15, 2017 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| May 15, 2017 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| May 25, 2017 | | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| May 18, 2017 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| April 27, 2017 | | *Claim Construction Hearing - 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| April 13, 2017 | | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| April 6, 2017 | | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| March 30, 2017 | | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| March 16, 2017 | | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |

| | | Event |
|---|---|---|
| March 16, 2017 | | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |
| March 2, 2017 | | Comply with P.R. 4-4 (Deadline to Complete Claim Construction Discovery) |
| February 23, 2017 | | File Response to Amended Pleadings |
| February 9, 2017 | | *File Amended Pleadings<br><br>It is not necessary to seek leave of Court to amend pleadings prior to this deadline unless the amendment seeks to assert additional patents. |
| February 2, 2017 | | Comply with P.R. 4-3 (Joint Claim Construction Statement) |
| January 12, 2017 | | Comply with P.R. 4-2 (Exchange Preliminary Claim Constructions) |
| December 22, 2016 | | Comply with P.R. 4-1 (Exchange Proposed Claim Terms) |
| October 11, 2016 | November 14, 2016 | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| September 20, 2016 | | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

| | | Event |
|---|---|---|
| September 13, 2016 | | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| September 6, 2016 | | Join Additional Parties |
| September 2, 2016 | | *File Notice of Mediator |
| August 16, 2016 | September 16, 2016 | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

(*) indicates a deadline that cannot be changed without showing good cause. Good cause is not shown merely by indicating that the parties agree that the deadline should be changed.

## ADDITIONAL REQUIREMENTS

**Notice of Mediator**: The parties are to jointly file a notice that identifies the agreed upon mediator or indicates that no agreement was reached.  If the parties do not reach an agreement, the Court will appoint a mediator.  The parties should not file a list of mediators to be considered by the Court.

**Indefiniteness**: In lieu of early motions for summary judgment, the parties are directed to include any arguments related to the issue of indefiniteness in their *Markman* briefing, subject to the local rules' normal page limits.

**Motions for Continuance**:  The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

(a)     The fact that there are motions for summary judgment or motions to dismiss pending;

(b)     The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made · prior to the date of this order or was made as a special provision for the parties in the other case;

(c)     The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**Amendments to the Docket Control Order ("DCO")**:  Any motion to alter any date on the DCO shall take the form of a motion to amend the DCO.  The motion to amend the DCO

shall include a proposed order that lists all of the remaining dates in one column (as above) and the proposed changes to each date in an additional adjacent column (if there is no change for a date the proposed date column should remain blank or indicate that it is unchanged).  In other words, the DCO in the proposed order should be complete such that one can clearly see all the remaining deadlines and the changes, if any, to those deadlines, rather than needing to also refer to an earlier version of the DCO.

**Proposed DCO**:  The Parties' Proposed DCO should also follow the format described above under "Amendments to the Docket Control Order ('DCO')."

**SIGNED this 15th day of September, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE