**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; AND P&F USA, INC.,<br><br>                      Defendants. | Civil Action No. 2:16-cv-105-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Currently pending before the Court is Defendants' Rule 12(b)(6) Motion to Dismiss Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Dkt. No. 22). Briefing closed on the motion on September 30, 2016. Supplemental briefing, ordered by the Court, closed on October 17, 2016. Plaintiff Personalized Media Communications, Inc. ("PMC") files this notice to bring to the Court's attention subsequent authority that is relevant to Defendants' motion to dismiss.

Specifically, on November 1, 2016, the U.S. Court of Appeals for the Federal Circuit issued an opinion in *Amdocs (Israel) Limited v. Openet Telecom, Inc.*, Appeal No. 2015-1180, reversing the lower court's ruling that the patent claims at issue in that case are ineligible under 35 U.S.C. §101. The *Amdocs* opinion is relevant to the eligibility of the patents at issue in Defendants' pending motion to dismiss. A copy of that opinion is attached as Exhibit A.

                                                              Respectfully submitted,

Dated: November 1, 2016                      By: */s/ S. Calvin Capshaw*

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX LLP
114 East Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 236-9800
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Arun S. Subramanian
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone (212) 336-8330
asubramanian@susmangodfrey.com

Joseph S. Grinstein
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7820
jgrinstein@susmangodfrey.com

Amanda K. Bonn
Meng Xi
Rohit Nath
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com
mxi@susmangodfrey.com
rnath@susmangodfrey.com

Dmitry Kheyfits
KHEYFITS P.C.
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (212) 203-5399
dkheyfits@kheyfits.com

*Attorneys for Plaintiff Personalized Media Communications, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 1, 2016.

*/s/ S. Calvin Capshaw*
S. Calvin Capshaw