IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PERSONALIZED MEDIA COMMUNICATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> FUNAI ELECTRIC CO., LTD., FUNAI CORPORATION, INC., P&F USA INC., <br><br> *Defendants*. | § § § § § § § § § § § § § Case No. 2:16-CV-00105-JRG-RSP |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 22, 2017 (Dkt. No. 61) recommending that Funai's Motion to Dismiss for Failure to State a Claim (Dkt. No. 22) be denied. Having considered Funai's objections and finding them to be without sufficient merit, and after a de novo review, the Recommendation is ADOPTED.

IT IS ORDERED that Funai's Motion to Dismiss (Dkt. No. 22) is DENIED.

**So ORDERED and SIGNED this 9th day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE